**Altair Advanced Industries Inc**
3765 Alpha Way
Bellingham, WA 98226

Direct Deposit Advice

*paylocity*

**Check Date**
September 28, 2018

**Voucher Number**
13800

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Bank Of America, N.A | C | ***6166 | 2,254.20 |
| **Total Direct Deposits** | | | **2,254.20** |

31046   50075-4   986597   13800   13923    A
**Robert Jones**
5458 Mountain View Pass
Stone Mountain, GA  30087

## Non Negotiable - This is not a check - Non Negotiable

### Altair Advanced Industries Inc

**Robert Jones**                                                                                                 **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 986597 | Fed Taxable Income | 2,923.20 | Check Date  September 28, 2018 |
| Location | 50075-4 | Fed Filing Status | M-8+ $200 | Period Beginning  September 9, 2018 |
| Salary | $3,654.00 | State Filing Status | MJ1-5 | Period Ending  September 22, 2018 |

Voucher Number  13800
Net Pay  2,254.20

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| REGULAR | 45.68 | 64.00 | 2,923.20 | 2,923.20 |
| **Gross Earnings** | | **64.00** | **2,923.20** | **2,923.20** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 329.59 | 329.59 |
| GA | 115.78 | 115.78 |
| MED | 42.39 | 42.39 |
| SS | 181.24 | 181.24 |
| **Taxes** | **669.00** | **669.00** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Bank Of  C | ***6166 | 2,254.20 |
| America, N.A. | | |
| **Total Direct Deposits** | | **2,254.20** |

| Time Off | Used | Availabl |
|---|---|---|
| EXEMPT | 0.00 | 0.00 |

Altair Advanced Industries Inc | 3765 Alpha Way  Bellingham, WA 98226 | | FEIN: 27-1523352 | GA: 684688-14